**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **JAMES C. ESCHER** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 13-20781-jkf |

**CERTIFICATION OF SERVICE**

      I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before December 1, 2019, I served a copy of the Debtor's Motion for Determination of Final Cure and Payment on the following parties by ECF notice, e-mail, or first class mail, postage prepaid, as indicated below, to the following addresses:

Nationstar Mortgage, LLC                    (ECF Notice)
and The Bank of New York Mellon
c/o Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ  08053

Nationstar Mortgage, LLC                    (ECF Notice)
and The Bank of New York Mellon
c/o Christopher A. DeNardo, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA  19406

Nationstar Mortgage, LLC                    (ECF Notice)
and The Bank of New York Mellon
c/o Nicole B. LaBletta, Esquire
Pincus Law Group, PLLC
2929 Arch Street, Suite 1700
Philadelphia, PA  19104

(continued next page)

Service list (continued):

| | |
|---|---|
| Nationstar Mortgage, LLC<br>and The Bank of New York Mellon<br>c/o Nicole B. LaBletta, Esquire<br>Pincus Law Group, PLLC<br>2929 Arch Street, Suite 1700<br>Philadelphia, PA  19104 | (ECF Notice) |
| Nationstar Mortgage, LLC<br>and The Bank of New York Mellon<br>c/o David Neeren, Esquire<br>Udren Law Offices, P.C.<br>Woodcrest Corporate Center<br>111 Woodcrest Road, Suite 200<br>Cherry Hill, NJ  08003-3620 | (ECF Notice) |
| Scott F. Waterman, Esquire<br>Chapter 13 Standing Trustee<br>ATTENTION:  Polly Langdon, Esquire<br>P.O. Box 4010<br>2901 St. Lawrence Avenue<br>Reading, PA  19606 | (ECF Notice) |
| Frederic J. Baker, Esquire<br>Sr. Assistant United States Trustee<br>U.S. Custom House<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA  19107 | (ECF Notice) |
| Estate of James C. Escher<br>c/o Viola Escher, Executor<br>1167 Muhlenberg Avenue<br>Swarthmore, PA  19081 | (First Class Mail) |

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., by:

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

<u>Attorney for Debtor</u>