United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 13-20781-jkf
James C. Escher                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Feb 24, 2020
                              Form ID: 138NEW        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
db            +James C. Escher,    1167 Muhlenberg Avenue,    Swarthmore, PA 19081-2121
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
13229905      +Bank of America,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13229907      +Delaware County Memorial Hospital,    501 North Lansdowne Avenue,    Drexel Hill, PA 19026-1114
13317636      +NATIONSTAR MORTGAGE, LLC,    C/O Weinstein, Pinson, & Riley, P.S.,
                2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13229909      +Nationstar LLC,    350 Highland Drive,    Lewisville, TX 75067-4488
13584739      +Nationstar Mortgage LLC,    c/o DAVID NEEREN,    Udren Law Offices, P.C.,    111 Woodcrest Road,
                Cherry Hill, NJ 08003-3620
13502260      +The Bank of New York Mellon,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                Dallas, TX 75261-9096
14445194      +The Bank of New York Mellon,    F/K/A The Bank of New York as Trustee,    c/o KERI P EBECK,
                Bernstein-Burkley,    707 Grant Street, Suite 2200 Gulf Tower,    Pittsburgh, PA 15219-1945
14468607      +U.S. BANK NATIONAL ASSOCIATION,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14438918      +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
13229910       Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 25 2020 03:40:28     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2020 03:40:28      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13229906      +E-mail/Text: clientrep@capitalcollects.com Feb 25 2020 03:40:41      Capital Collection Services,
               P.O. Box 150,    West Berlin, NJ 08091-0150
13229908      +E-mail/Text: bankruptcy@mymoni.com Feb 25 2020 03:40:07      Monitronics Security,
               2350 Valley View Lane, #100,    Dallas, TX 75234-5736
13250155       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2020 03:40:12
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13502719      +E-mail/Text: ecf@schollashodian.com Feb 25 2020 03:40:36
               Regional Bankruptcy Center of Southeastern PA,P.C.,    101 West Chester Pike, Suite 1A,
               Havertown, PA 19083-5300
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +The Bank of New York Mellon,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                Dallas, TX 75261-9096
cr*           +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: dlv              Page 2 of 2           Date Rcvd: Feb 24, 2020
                              Form ID: 138NEW        Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:

              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
              DAVID   NEEREN    on behalf of Creditor    Nationstar Mortgage LLC as servicer for dneeren@udren.com,
               vbarber@udren.com
              KERI P EBECK    on behalf of Creditor    The Bank of New York Mellon F/K/A, The Bank of New York as
               Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2004-BC1 kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) kbuttery@rascrane.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              NICOLE B. LABLETTA    on behalf of Creditor    Nationstar Mortgage LLC as servicer for
               nlabletta@pincuslaw.com, brausch@pincuslaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    Nationstar Mortgage LLC nlabletta@pincuslaw.com,
               brausch@pincuslaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
               INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL)
               bkgroup@kmllawgroup.com
              ROGER V. ASHODIAN    on behalf of Debtor James C. Escher ecf@schollashodian.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James C. Escher
       Debtor(s)            Bankruptcy No: 13−20781−jkf
                             Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

         900 Market Street
         Suite 400
        Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                       For The Court
                      Timothy B. McGrath
                       Clerk of Court

Dated: 2/24/20

                             202 − 201
                          Form 138_new