UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 28, 2023

To: MAGGIE S SOBOLESKI, ESQ.
Center City Law Offices LLC
2705 Bainbridge Street
Philadelphia, PA 19146

        In re: Stephanie Butler
        Bankruptcy No. 19-13308-mdc
        Adversary No.
        Chapter 13

Re  *Motion to Sell Property* Free and Clear of Liens

The above document(s) were filed in this office on 3/28/2023. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $32.00 Filing Fee for Amendments |
| ( ) | $26.00 Claims Transfer Fee |
| (X) | Motion Filing Fee   $188.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: Virginia S. De Buvitz
          Deputy Clerk

*Fee Notice*
*(12/23/20)*