United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-13308-mdc

Stephanie Butler                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Mar 28, 2023                    Form ID: pdf900                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephanie Butler, 206 Parkway Circle, Bensalem, PA 19020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing  Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CSMC 2019-RPL7 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC cwohlrab@raslg.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL P. JONES | |

District/off: 0313-2                              User: admin                                        Page 2 of 2

Date Rcvd: Mar 28, 2023                         Form ID: pdf900                                  Total Noticed: 1

          on behalf of Creditor Goldman Sachs Mortgage Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DANIELLE BOYLE-EBERSOLE
          on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing  Inc. dboyle-ebersole@orlans.com,
PABKAttorneyecf@orlans.com

JEROME B. BLANK
          on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com

JEROME B. BLANK
          on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com

JOSHUA DOMER
          on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KARINA VELTER
          on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing  Inc. kvelter@pincuslaw.com,
bankruptcy@powerskirn.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
          on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
          on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper kdlittleecf@gmail.com

MAGGIE S SOBOLESKI
          on behalf of Debtor Stephanie Butler msoboles@yahoo.com  3532@notices.nextchapterbk.com

MARIO J. HANYON
          on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL JOHN CLARK
          on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

RICHARD M. BERNSTEIN
          on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov
jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

RICHARD M. BERNSTEIN
          on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov
jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

ROBERT J. DAVIDOW
          on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
          on behalf of Creditor Bayview Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 24

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

March 28, 2023

To: MAGGIE S SOBOLESKI, ESQ.
Center City Law Offices LLC
2705 Bainbridge Street
Philadelphia, PA 19146

In re: Stephanie Butler
Bankruptcy No. 19-13308-mdc
Adversary No.
Chapter 13

Re  *Motion to Sell Property* Free and Clear of Liens

The above document(s) were filed in this office on   3/28/2023.  Please be advised that the filing
fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure
and/or the Local Rules of this court.

()      Voluntary Petition
()      Adversary Proceeding
()      $32.00 Filing Fee for Amendments
()      $26.00 Claims Transfer Fee
(X)     Motion Filing Fee   $188.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by
the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this
matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: Virginia S. De Buvitz
 Deputy Clerk

*Fee Notice*
*(12/23/20)*