*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James C. Escher
    Debtor(s)

Case No: 13−20781−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 to Nationstar Mortgage, LLC Filed by James C. Escher Represented by ROGER V. ASHODIAN (Counsel).

on: 10/21/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/28/20

Timothy B. McGrath
Clerk of Court

213 − 185
Form 167