United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 13-20781-amc

James C. Escher                                                                                 Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: Joan                                        Page 1 of 2

Date Rcvd: Sep 28, 2020                    Form ID: 167                                   Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | James C. Escher, 1167 Muhlenberg Avenue, Swarthmore, PA 19081-2121 |
| cr | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| cr | + | The Bank of New York Mellon, c/o: Nationstar Mortgage, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 13317636 | + | NATIONSTAR MORTGAGE, LLC, C/O Weinstein, Pinson, & Riley, P.S., 2001 Western Avenue, Ste. 400, Seattle, WA 98121-3132 |
| 13229909 | + | Nationstar LLC, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 13584739 | + | Nationstar Mortgage LLC, c/o DAVID NEEREN, Udren Law Offices, P.C., 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020                            Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| CSU - OUCTS, PA Department of Labor and Industry | |
| | ra-li-beto-bankreading@state.pa.us |

District/off: 0313-2                              User: Joan                                  Page 2 of 2
Date Rcvd: Sep 28, 2020                       Form ID: 167                               Total Noticed: 7

DAVID NEEREN
                    on behalf of Creditor Nationstar Mortgage LLC as servicer for dneeren@udren.com  vbarber@udren.com

KERI P EBECK
                    on behalf of Creditor The Bank of New York Mellon F/K/A  The Bank of New York as Trustee for CWABS, Inc. Asset-Backed
                    Certificates, Series 2004-BC1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KEVIN M. BUTTERY
                    on behalf of Creditor U.S. Bank National Association cdigianantonio@rascrane.com

KEVIN M. BUTTERY
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
                    TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) cdigianantonio@rascrane.com

MATTHEW CHRISTIAN WALDT
                    on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

NICHOLAS J. LAMBERTI
                    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

NICOLE B. LABLETTA
                    on behalf of Creditor Nationstar Mortgage LLC as servicer for nlabletta@pincuslaw.com  brausch@pincuslaw.com

NICOLE B. LABLETTA
                    on behalf of Creditor Nationstar Mortgage LLC nlabletta@pincuslaw.com  brausch@pincuslaw.com

POLLY A. LANGDON
                    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

POLLY A. LANGDON
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS
                    TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
                    on behalf of Debtor James C. Escher ecf@schollashodian.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
                    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com


TOTAL: 17

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: James C. Escher

Debtor(s)

Case No: 13−20781−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Determination of Final Cure and Mortgage Payment
re: Rule 3002.1 to Nationstar Mortgage, LLC Filed by James C.
Escher Represented by ROGER V. ASHODIAN (Counsel).

on: 10/21/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  9/28/20

Timothy B. McGrath
Clerk of Court

213 − 185
Form 167