# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter: 13 |
| James C. Escher | Case No.: 13-20781 |
| Debtor(s) | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under E.D.Pa. LBR 9010-1, the undersigned notifies the Court that Angela C. Pattison will be substituted as attorney of record for 1900 Capital Trust II, by US Bank Trust National Association, not in its Individual Capacity but solely as Certificate Trustee, Creditor in this case.

Date: 2/27/2023                                         /s/ Charles G. Wohlrab
                                                        Charles G. Wohlrab, Esq.

Date: 2/27/2023                                         /s/ Angela C. Pattison
                                                        Angela C. Pattison, Esq.