**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| James C. Escher aka James C. Escher, Sr. | CASE NO.: 13-20781-AMC |
| Debtor(s). | **CREDITOR NEWREZ, LLC'S REMOTE WITNESS LIST and EXHIBIT LIST, including PRE-MARKED EXHIBITS** |

Pursuant to the Court's Amended Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference, dated February 3, 2026, Creditor NewRez LLC, as servicer for 1900 Capital Trust II, by US Bank Trust National Association, Not In Its Individual Capacity But Solely As Certificate Trustee ("NewRez") hereby sets forth its Remote Witness List and Exhibit List, with accompanying pre-marked exhibits intended to be offered into evidence in its case in chief.  More specifically:

**REMOTE WITNESS LIST**

a.    Name and Title of Remote Witness:  Michele Lattig, Contested Foreclosure Specialist III.

b.    Summary of Subject Matter of Anticipated Testimony:  Upon the review and analysis of the underlying records of the Creditor, kept in the ordinary course of its business, the Remote Witness is anticipated to testify on the following subjects:

- Existence of the Note and Mortgage, including the present holder of such obligations; and

- Prior loan modification between Debtor and Creditor, to cure arrearages of Debtor post-confirmation; and

- Motion for Determination of Final Cure, including status of Debtor's payments at time of filing Motion in December 2019; and

- Debtor's Payment History, including any defaults prior to and after said Motion for Determination of Final Cure;

- Debtor's request for subsequent loan modifications (2025), including consideration thereof and ultimate denials of Debtor's applications.

c.       Email address of Remote Witness:  michele.lattig@newrez.com

d.       Location of the Remote Witness:  The Remote Witness resides in Melbourne, Florida and covers contested hearings throughout the United States.

e.       The place from which the Remote Witness will testify:  The Remote Witness will testify from her home office.

f.       Whether any other person will be in the room with the Remote Witness during testimony:  It is anticipated that the Remote Witness will be alone in her office for the entirety of her testimony.

g.       Whether the Remote Witness will have access to any documents other than exhibits included on the Exhibit List:  No, it is anticipated that the Remote Witness will be limited to the specific documents set forth on Creditor's Exhibit List and will not have access to any other documents or access to Creditor's electronic systems during her testimony.

## <u>CREDITOR'S EXHIBIT LIST</u>

**EXHIBIT A**   Response to Motion for Determination of Final Cure and Payment to Nationstar Mortgage LLC, filed on December 10, 2019 as Docket No. 191, including all exhibits thereto; and

**EXHIBIT B**   Transaction History Report of Creditor, covering period from September 30, 2020 through and including July 14, 2025; and

**EXHIBIT C**   Fay Servicing, LLC Post-Petition Payment Ledger from January 15, 2014 through December 1, 2020, including details of payments received, amounts, and application thereof; and

**EXHIBIT D**   Summary of Payments Accrued from July 1, 2016 through March 1, 2026, including application thereof and outstanding balances; and

**EXHIBIT E**   Denial of Debtor's Loan Modification Application, dated March 26, 2025

**EXHIBIT E**   Denial of Debtor's Loan Modification Application, dated June 23, 2025

Dated: February 26, 2026                    **HILL WALLACK LLP**


By: */s/ Andrew L. Unterlack*
Andrew L. Unterlack, Esquire
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, New Jersey 08034
Telephone: (856) 616-8086
Facsimile: (856) 616-8081
Email: aunterlack@hillwallack.com
Counsel to NewRez LLC, as servicer for
1900 Capital Trust II, by US Bank Trust
National Association, Not In Its Individual
Capacity But Solely As Certificate Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

|  |  |
|---|---|
| IN RE: | CHAPTER 13 |
| James C. Escher aka James C. Escher, Sr. | CASE NO.: 13-20781-AMC |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 26, 2026, service was made upon all interested parties, indicated below of (i) Creditor's Remote Witness List; and (ii) Creditor's Exhibit List and accompanying pre-marked exhibits that are intended to be offered into evidence in its case in chief, as provided for in in the Court's Amended Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference:

Roger V. Ashodian, Esquire
101 West Chester Pike, Suite 1A
Havertown, PA 19083
**COUNSEL FOR DEBTOR -VIA ECF and
VIA EMAIL**

Pamela Blalock, Courtroom Deputy to the
Honorable Ashely M. Chan, Chief U.S.B.J.
**VIA EMAIL**

By: */s/ Andrew L. Unterlack*
Andrew L. Unterlack, Esquire
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, New Jersey 08034
Telephone: (856) 616-8086
Facsimile: (856) 616-8081
Email: aunterlack@hillwallack.com